## Fulton Liquor License Case.

Argued June 12, 1968. *Max W. Gibbs,* for appellant; *James J. Phelan, Jr.,* Special Assistant Attorney General, with him *I. Harry Checchio,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Decree affirmed.

## Herrmann v. Stiegelman, Appellant.

Argued June 14, 1968. *Caroline H. Stiegelman,* appellant, in propria persona; *Edward Stock,* for appellee.

Order affirmed.